**STATE of Missouri, Plaintiff/Respondent,**

v.

**Jeremy GRANT, Defendant/Appellant.**

**No. ED 102506**

Missouri Court of Appeals, Eastern District, *DIVISION FOUR.*

Filed: November 10, 2015

Daniel N. McPherson, P.O. Box 899, Jefferson City, MO 65102, for Plaintiff/Respondent.

Andrew E. Zleit, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Defendant/Appellant.

Before Lisa S. Van Amburg, C.J., Sherri B. Sullivan, J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM.

Jeremy Grant (Appellant) appeals from the trial court's judgment finding him guilty of one count of tampering with a motor vehicle. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court did not err in denying Appellant's motion to suppress evidence. *State v. Grayson*, 336 S.W.3d 138, 142 (Mo. banc 2011). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to

Missouri Rule of Criminal Procedure 30.25(b).